UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANEL, INC.,

Plaintiff,

-against-

POOKIE ROSLYN, LLC, ET AL.,

Defendants.

No. 25 CV 7858 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is aware that settlement talks before Judge Ricardo were unsuccessful. By December 3, the parties shall meet and confer and provide to the Court a joint letter outlining how they propose to proceed.

**SO ORDERED.**

Dated: November 20, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge